IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**TIFFANY GARTH and**                                                                                        **PLAINTIFFS**
**GREG HUMPHREY**

**V.**                                                                                                                          **NO. 1:19-CV-192-DMB-RP**

**RAC ACCEPTANCE EAST, LLC, et al.**                                                       **DEFENDANTS**

## **AMENDED ORDER**

On July 27, 2020, the parties filed a joint motion to extend by sixty days the current discovery deadline and the deadline to file dispositive and *Daubert*-type motions. Doc. #57 at 1. As grounds, the parties represent that the COVID-19 pandemic "has caused delays in scheduling depositions due to more limited witness availability." *Id.* at 2.

The next day, the parties filed a joint motion to continue the February 8, 2021, trial date in this case. Doc. #58. As grounds, the parties represent that "the discovery necessary to prepare this matter for trial will require more time than is available in the current discovery period requiring the trial setting itself be moved as well." *Id.* at 2.

Federal Rule of Civil Procedure 16(b)(4) provides that a case management order "may be modified only for good cause and with the judge's consent." Because the Court concludes that each motion states good cause for the relief sought, the motions [57][58] are **GRANTED** such that:

1. The deadline for the completion of all discovery is extended to October 13, 2020.

2. The deadline for all dispositive motions and *Daubert*-type motions is extended to October 26, 2020.

3. Trial is continued to April 5, 2021.

4. The rescheduling of the pretrial conference is referred to United States Magistrate Judge Roy Percy.

**SO ORDERED**, this 30th day of July, 2020.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**