**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**TIFFANY GARTH**                                                                 **PLAINTIFF**

**V.**                                                              **NO. 1:19-CV-192-DMB**

**RAC ACCEPTANCE EAST, LLC**                                        **DEFENDANT**

## FINAL JUDGMENT

This case was tried by a jury with the undersigned judge presiding, and the jury rendered a verdict for Tiffany Garth.  In accordance with the jury verdict, judgment is entered against RAC Acceptance East, LLC, in the amount of $200,000.

**SO ORDERED**, this 22nd day of October, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**